# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RUBEN DIAZ |
| **Case Number:** | 2:16-BK-08654-MCW   **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, MARCH 30, 2018 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## *Matters:*

1) ADV: 2-17-00001

   **Estefania Jimenez vs Ruben Diaz**

   RULING ON THE RECORD (ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT HEARD ON 11/16/2017)

   R / M #:   27 / 0

2) ADV: 2-17-00001

   **Estefania Jimenez vs Ruben Diaz**

   RULING ON THE RECORD (PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT HEARD ON 11/16/2017)

   R / M #:   33 / 0

## *Appearances:*

   NONE

# Minute Entry

(continue)...   2:16-BK-08654-MCW         FRIDAY, MARCH 30, 2018 01:30 PM

## *Proceedings:*

#1 AND #2

COURT: FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD. THE MOTION FOR SUMMARY JUDGMENT ON THE 523(a)(4) ISSUE IS GRANTED IN PART, AND DENIED IN PART. SIMILARLY, THE CROSS-MOTION ON 523(a)(4) IS GRANTED IN PART, AND DENIED IN PART. THE PLAINTIFF HAS FAILED TO PROVIDE SUFFICIENT EVIDENCE THAT THE PARTIES HAD THE NECESSARY FIDUCIARY RELATIONSHIP UNDER 523(a)(4) TO OBTAIN THE REQUESTED RELIEF.

HOWEVER, THE COURT DOES FIND THAT THERE IS AN ISSUE AS TO WHETHER MR. DIAZ EMBEZZLED THE FUNDS THAT WERE IN HIS SOLE POSSESSION AS THE MANAGER OF PROSOLUTIONS, AND THIS ISSUE MAY MOVE FORWARD TO TRIAL.

AS TO THE 523(a)(6) COUNT, THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS GRANTED AS THE DEFENDANT IS ENTITLED TO JUDGMENT AS A MATTER OF LAW. CONVERSELY, SINCE CONVERSION IS NOT AN APPROPRIATE PREDICATE TORT, THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT IS HEREBY DENIED.

THE COURT NOTES THAT THE AMOUNT IN CONTROVERSY IS CURRENTLY $11,500.00. AT THIS POINT, THE CASE HAS BEEN PENDING OVER ONE YEAR AND THERE HAVE BEEN TWO MOTIONS FOR SUMMARY JUDGMENT FILED WITH CROSS-MOTIONS. IT SEEMS TO THE COURT THAT A SIGNIFICANT AMOUNT OF TIME AND MONEY HAS BEEN ALLOCATED TO THIS CASE, PERHAPS MORE IN ATTORNEYS' FEES THAN WHAT IS ACTUALLY OWING. FOR THIS REASON, THE COURT DOES WISH TO ENCOURAGE THE PARTIES TO EXPLORE SETTLEMENT AND RESOLUTION.

ANY PARTY WISHING TO OBTAIN A WRITTEN TRANSCRIPT OF THE HEARING SHOULD CONTACT THE ECR DEPARTMENT AT 602-682-4200. ALTERNATIVELY, YOU MAY LISTEN TO A DIGITAL RECORDING OF THIS COURT PROCEEDING, WHICH IS PROVIDED BY THE COURT AS A CONVENIENCE TO THE PUBLIC. THE MP3 FILE WILL BE EMBEDDED AS AN ATTACHMENT IN A PDF DOCUMENT THAT WILL BE ON THE DOCKET WITHIN A DAY OF THIS RECORDING. INSTRUCTIONS ON HOW TO LISTEN TO THE FILE WILL BE INCLUDED ON THE PDF.

SUBSEQUENTLY, IT IS FURTHER ORDERED SETTING A STATUS HEARING FOR APRIL 17, 2018 AT 10:00 AM.

Page 2 of 2

Case 2:17-ap-00001-MCW    Doc 43    Filed 03/30/18    Entered 03/30/18 14:58:56    Desc
Main Document    Page 2 of 2                                             03/30/2018    2:58:44PM