# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | RUBEN DIAZ |
| **Case Number:** | 2:16-BK-08654-MCW    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 29, 2018 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

## Matter:

ADV: 2-17-00001

**Estefania Jimenez vs Ruben Diaz**
TRIAL
R / M #:   43 / 0

## Appearances:

JOSHUA BLAKE MAYES, ATTORNEY FOR ESTEFANIA JIMENEZ
MICHAEL G. HELMS, ATTORNEY FOR RUBEN DIAZ
MARCELA, SPANISH INTERPRETER (220365)
ANA, SPANISH INTERPRETER (212274)

Case 2:17-ap-00001-MCW    Doc 56    Filed 08/29/18    Entered 09/04/18 09:49:31    Desc
Main Document      Page 1 of 2

09/04/2018    9:49:10AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...    2:16-BK-08654-MCW        WEDNESDAY, AUGUST 29, 2018 09:30 AM

## *Proceedings:*

Discussion ensues regarding the use of the interpreter. The parties agree to have the interpreter provide services throughout the trial, not just during the examination of the spanish speaking party. The spanish interpreters were sworn under the interpreter oath.

PLAINTIFF'S EXHIBITS 1 THROUGH 11 were marked for identification. The parties stipulate to the admission of exhibits, and PLAINTIFF'S EXHIBITS 1 THROUGH 8 AND EXHIBIT 11 were admitted in evidence.

DEFENDANT'S EXHIBITS A THROUGH G were marked for identification. The parties stipulate to the admission of exhibits, and DEFENDANT'S EXHIBITS A THROUGH E were admitted in evidence. DEFENDANT'S EXHIBIT F was admitted in evidence.

Parties put their opening statements on the record.

ESTEFANIA JIMENEZ, was sworn and examined by Mr. Mayes and cross examined by Mr. Helms.

The parties have stipulated that ProSolutions received $5,000.00 ($2,000.00 fee plus a $3,000.00 deposit). A lunch recess is afforded. The court advises Ms. Jimenez shat she will remain under oath. The court is back on the record. A brief recess is afforded to allow the parties to confer face-to-face for potential resolution. The court is back on the record.

Mr. Helms stated the parties have resolved the matter. He requested the court hold this matter in abeyance to allow the parties to work out the terms and once that is complete, the case can be dismissed. Mr. Helms requested a continuance.

COURT: IT IS ORDERED HOLDING THIS MATTER IN ABEYANCE. THE PARTIES ARE ANTICIPATING ARRIVING AT A RESOLUTION WHICH WILL RESULT IN A STIPULATION TO DISMISS THE ADVERSARY PROCEEDING WITH PREJUDICE. IT IS ORDERED SETTING A BACK-UP TELEPHONIC STATUS CONFERENCE FOR NOVEMBER 20, 2018 AT 10:30 AM. IF THE PARTIES ARE ABLE TO RESOLVE THE MATTER AND HAVE PREPARED A STIPULATION FOR DISMISSAL WITH PREJUDICE, THE PARTIES MAY REQUEST TO VACATE THE HEARING PURSUANT TO THAT ORDER. IF THE PARTIES NEED TO CONTINUE THE HEARING, THE PARTIES MAY REQUEST A CONTINUANCE FROM THE COURTROOM DEPUTY.

Page 2 of 2

Case 2:17-ap-00001-MCW    Doc 56    Filed 08/29/18    Entered 09/04/18 09:49:31    Desc
Main Document    Page 2 of 2                                09/04/2018  9:49:10AM